Petition for Writ of Mandamus Denied and Memorandum Opinion filed July
21, 2009








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed July 21, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00547-CV

____________

 

IN RE BRIAN KENEFICK, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On June
22, 2009, relator, Brian Kenefick, filed a petition for writ of mandamus in
this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also
Tex. R. App. P. 52.  In the petition, relator asks this court to compel the
Honorable Georgia Dempster, presiding judge of the 308th District Court of
Harris County, to vacate those portions of her March 25, 2009 order compelling
him to produce documents that belong to KCO Enterprises, Inc. 

Relator
has not established his entitlement to the extraordinary relief of a writ of
mandamus.  Accordingly, we deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

Panel consists of Justices Seymore,
Brown, and Sullivan.